980 So.2d 682 (2008)
STATE ex rel. Donald WILLIAMS
v.
STATE of Louisiana.
No. 2007-KH-1631.
Supreme Court of Louisiana.
May 9, 2008.
In re Williams, Donald;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. I, No. 305-606; to the Court of Appeal, Fourth Circuit, No. 2007-K-0631.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 351.
JOHNSON, J., would grant.